In the Matter of the Claim of JOSEPH ADELSTEIN, Appellant, v. BELL-RIDE TRANSPORTATION CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.